**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-6155

JAMES L. JACK,

                                        Plaintiff - Appellant,

        versus

OFFICER  FLOURNOY;  OFFICER  BROWN;  OFFICER
LEVESQUE; LIEUTENANT WERLIN, Shift Supervisor,

                                        Defendants - Appellees.

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  Virginia,  at  Richmond.    James  R.  Spencer,  District
Judge.  (CA-00-824)

Submitted:  April 18, 2002        Decided:  April 30, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

James L. Jack, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James L. Jack appeals the district court's order dismissing without prejudice his complaint alleging violations under 42 U.S.C.A. § 1983 (West Supp. 2001). The court dismissed Jack's complaint based on his failure to allege sufficient facts regarding the knowledge of named defendants in reference to a specific risk to Jack's safety while incarcerated. Because Jack might proceed with this action by amending his complaint to provide the information specified by the district court, the dismissal order is not final and thus is not subject to appellate review. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).

We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2